# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Jamal J.M. Cruz**  
    Debtor

Case No.: 08–30013–SDB  
Judge: Susan D. Barrett

Chapter: 13

## ORDER DISMISSING CHAPTER 13 CASE BEFORE CONFIRMATION

Pursuant to 11 U.S.C. §1307 this Chapter 13 case is dismissed due to debtor's failure to comply with Court's order dated May 14, 2008. Filing/Administrative fee of $274.00 is due and owing.

IT IS THEREFORE THE ORDER OF THIS COURT that:

1) This Chapter 13 case is dismissed;

2) After deducting the costs of administration, including the balance of court costs due and attorney's fees (if applicable), the Trustee shall pay remaining funds to the debtor(s) unless a party in interest files a written objection within ten (10) days from the date of this order.

3) Creditors are at liberty to pursue their legal remedies.



Susan D. Barrett  
United States Bankruptcy Judge  
PO Box 1487  
Augusta, GA 30903

Dated: June 10, 2008

*GAS13–53 (rev 09/07)* **AK**